736

John WEBER, Petitioner, v. Honorable Albert A. RIDGE, Judge of the United States District Court for the Western District of Missouri.

No. 14450.

United States Court of Appeals Eighth Circuit.

Sept. 15, 1951.

John Weber, pro se.

PER CURIAM.

Motion of Petitioner for Writ of Mandamus, etc., denied.

Earl W. TAYLOR, Petitioner, v. Honorable Albert A. RIDGE, Judge of the United States District Court for the Western District of Missouri.

No. 14451.

United States Court of Appeals Eighth Circuit.

Sept. 15, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Mandamus, etc., denied.

Earl W. TAYLOR, Appellant, v. Dr. I. W. STEELE, Warden of U. S. Medical Center at Springfield, Missouri.

No. 14452.

United States Court of Appeals Eighth Circuit.

Sept. 15, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Motion of Appellant for leave to proceed on appeal in forma pauperis, etc., denied.

UNITED STATES of America, Appellant, v. Marie MATURO.

No. 14420.

United States Court of Appeals Eighth Circuit.

Sept. 10, 1951.

Ed Dupree, General Counsel, Office of Rent Stabilization, Leon J. Libeu, Asst. Gen. Counsel, Office of Rent Stabilization, and Nathan Siegel, Attorney, Office of Rent Stabilization, all of Washington, D. C. for appellant.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.